1056

*In the Matter of the Marriage of* SUSAN D. CALHOUN, *Respondent,* and *Perry L. Manley, Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-3-01537-0, Terry Kay McCluskey, J., entered October 22, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ALAN CROSS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00261-7, Randolph Furman, J., entered May 12, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Wang, J., concurred in by Morgan and Seinfeld, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. CEDRIC STRONG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-04288-1, James Bryan Street, J., entered April 4, 1999. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. VITALIY KHOLOSHUYA, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01596-5, Thomas J. Wynne, J., entered March 16, 1998. *Remanded* by unpublished per curiam opinion.